UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EARNEST FREEMAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>U.S. DEPARTMENT OF LABOR,<br><br>　　　　Defendants. | Case No:  C 10-4500 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Docket 6, 24 |

　　　　Plaintiff has filed a pro se request for an interpreter due to a "hearing disability." Plaintiff has not provided any authority to support his request.  Dkt. 6.  In addition, it is unclear whether the Court will require a hearing on Defendant's motion to dismiss, which is scheduled for May 24, 2011.  Therefore, Plaintiff's request for an interpreter is denied without prejudice.

　　　　Separately, Defendant has filed an ex parte request to continue the Case Management Conference scheduled for May 18, 2011, to a date after the Court rules on the pending motion to dismiss.  Dkt. 24.  The Court finds good cause to grant such request.  Accordingly,

　　　　IT IS HEREBY ORDERED THAT

　　　　1.　　Plaintiff's motion for an interpreter is DENIED without prejudice.

　　　　2.　　Defendant's ex parte motion to continue the Case Management Conference is GRANTED.  The telephonic Case Management Conference currently scheduled for May 18, 2011 is CONTINUED to **July 13, 2011 at 3:00 p.m.**  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement.  The joint statement shall be filed no later than ten (10) days prior to the conference and shall comply with the Standing Order for All Judges of the Northern

1  District of California and the Standing Order of this Court.  Plaintiff shall be responsible for
2  filing the statement as well as for arranging the conference call.  All parties shall be on the
3  line and shall call (510) 637-3559 at the above indicated date and time.
4       3.     This Order terminates Docket 6 and 24.
5       IT IS SO ORDERED.
6  Dated:  April 26, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

EARNET FREEMAN,

       Plaintiff,

  v.

U.S. DEPARTMENT OF LABOR et al,

       Defendant.
_____/

Case Number: CV10-04500 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 26, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Earnest Freeman
8716 MacArthur Blvd.
Apt. #3
Oakland, CA 94606

Dated: April 26, 2011

                              Richard W. Wieking, Clerk
                              **By: LISA R CLARK, Deputy Clerk**